# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

L.H. AND T.H.,         :   No. 286 WAL 2015

        Petitioners     :

        :   Petition for Allowance of Appeal from
        :   the Order of the Commonwealth Court
        v.        :

DEPARTMENT OF PUBLIC WELFARE,   :

        Respondent     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.